PROB 12C
(6/16)

Report Date:  August 16, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lamar McKinzy | Case Number: 0980 2:16CR00001-JLQ-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 21, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 366 days<br>TSR - 3 years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: June 23, 2017 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: June 22, 2020 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. McKinzy is alleged to have violated standard condition number 2 by ingesting marijuana on or about August 13, 2019, based on urinalysis testing, and the client's admission of such use.<br><br>On June 26, 2017, Lamar McKinzy signed his conditions relative to case number 2:16CR00001-JLQ-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. McKinzy was made aware by his U.S. Probation officer that he was required to refrain from the use of illicit substances.<br><br>On August 14, 2019, the undersigned officer received notification from Pioneer Human Services (PHS) that the client had reported to the provider on August 13, 2019, and submitted to urinalysis testing.  The results of which reflected as presumptive positive for marijuana. A signed drug use admission form was subsequently received from the provider, in which the client had signed his name, serving to document his admitted use of marijuana as previously occurring on August 12, 2019. |

**Prob12C**
**Re: McKinzy, Lamar**
**August 16, 2019**
**Page 2**

On August 15, 2019, Mr. McKinzy reported to the U.S. Probation Office as directed, and again admitted to using marijuana on or about August 12, 2019, stating he was in a significant amount of pain as a result of several medical concerns, one of which remains ongoing following the client's involvement in an automobile accident.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/16/2019

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

Thomas O. Rice
Chief U.S. District Judge

Signature of Judicial Officer

August 16, 2019

Date